UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREVOR DANIEL PIOTROWSKI,

        Plaintiff,                    Case No. 1:12-cv-11

v.                                       Honorable Paul L. Maloney

STATE OF MICHIGAN et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action under 42 U.S.C. § 1983 be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that any state law claims are DISMISSED WITHOUT PREJUDICE because the Court declines to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(c)(3).

Dated:  February 28, 2012                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge